**LYNCH CARPENTER LLP**
Todd D. Carpenter (CA 234464)
todd@lcllp.com
Scott G. Braden (CA 305051)
scott@lcllp.com
1350 Columbia Street, Ste. 603
San Diego, California 92101
Telephone:  619.762.1910
Facsimile:   619.756.6991

*Attorneys for Plaintiff and
Proposed Class Counsel*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA TELLEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPOKEO INC., a Delaware Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-06169-MWF-JEM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

WHEREAS, Plaintiff Dana Tellez ("Plaintiff") filed this matter against Defendant Spokeo Inc. ("Spokeo") in this Court on August 30, 2022 (ECF No. 1);

WHEREAS, after discussing the matter with counsel for Defendant, and prior to Defendant's due date for a responsive pleading, Plaintiff voluntarily dismissed her case without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 10);

WHEREAS, Plaintiff has reached a confidential global settlement with Defendant, and Plaintiff, pursuant to that agreement, wishes to convert her dismissal without prejudice to one with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

///

///

PLEASE TAKE NOTE THAT Plaintiff, pursuant to a confidential settlement agreement by and between the parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action, in its entirety, **WITH** prejudice.

Dated: January 19, 2023               **LYNCH CARPENTER, LLP**

By: */s/ Todd D. Carpenter*
Todd D. Carpenter (CA 234464)
todd@lcllp.com
Scott G. Braden (CA 305051)
scott@lcllp.com
1350 Columbia Street, Ste. 603
San Diego, California 92101
Telephone:  (619) 762-1910
Facsimile:   (619) 756-6991

*Attorneys for Plaintiff and Proposed Class Counsel*